UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES ABOUGHANTOUS

VERSUS

ANDRES H. BRUNI, ET AL

CIVIL ACTION

NO. 11-148-BAJ-SCR

RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 15, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's complaint shall be dismissed, without prejudice, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, April 14, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA